RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for JACK VAN EATON, JR.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK VAN EATON, JR.,<br><br>Defendant. | Case No. 3:26-mj-00050-CLB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between TODD BLANCHE, Acting Attorney General, and RANDOLPH J. ST. CLAIR, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and ALLIE WILSON, Assistant Federal Public Defender, counsel for JACK VAN EATON, JR., that the Preliminary Hearing currently scheduled for May 22, 2026 at 3:00 P.M. before U.S. Magistrate Judge Craig S. Denney, be continued to May 28m 2026 at 1:30 P.M.

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow time for the Grand Jury to meet.

2.    Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.    The Defendant understands that Rule 5.1(c) of the Feral Rules of Criminal Procedure requires that his preliminary hearing be held within 14 days after his initial appearance but that the time can be extended under Rule 5.1(d) upon the Defendant's consent and a showing of good cause. The Defendant consents to a two-day continuance of the May 26, 2026 deadline for his preliminary hearing to accommodate scheduling conflicts amongst the parties.

4.    The defendant is currently detained and consents to the continuance.

5.    The parties agree to the continuance.

6.    This is the first request for a continuance.

DATED this 20th day of May, 2026.

RENE L. VALLADARES                TODD BLANCHE
Federal Public Defender            Acting Attorney General

By: */s/ Allie Wilson*           By: * /s/ Randolph J. St. Clair*
ALLIE WILSON                 RANDOLPH J. ST. CLAIR
Assistant Federal Public Defender    Assistant United States Attorney
Counsel for JACK VAN EATON, JR.   Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this 21st day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2